Robert A. Sacks (State Bar No. 150146)
sacksr@sullcrom.com
Brian R. England (State Bar No. 211335)
englandb@sullcrom.com
Edward E. Johnson (State Bar No. 241065)
johnsonee@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

*Attorneys for Defendant j2 Global Communications, Inc.*

Dariush Keyhani
dkeyhani@meredithkeyhani.com
Meredith & Keyhani, PLLC
205 Main Street
East Aurora, NY 14052
(716) 898-8942
(716) 299-2499 facsimile

*Attorneys for Plaintiff COA Network, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COA NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> J2 GLOBAL COMMUNICATIONS, INC., <br><br> Defendant. <br> _____ <br><br> AND RELATED CROSS-ACTION | Case No. 2:10-cv-05010 DDP (AJWx) <br><br> **JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** |

1      IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that the above-entitled action, including the Complaint and Counterclaims and all causes of action therein, be and hereby is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party will bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated:  January 18, 2012            Respectfully submitted,

ROBERT A. SACKS
BRIAN R. ENGLAND
EDWARD E. JOHNSON
SULLIVAN & CROMWELL LLP


/s/  Robert A. Sacks
_____
            Robert A. Sacks

*Attorneys for Defendant*
*j2 Global Communications, Inc.*


Dated:  January 18, 2012            Respectfully submitted,

DARIUSH KEYHANI
MEREDITH & KEYHANI, PLLC


/s/  Dariush Keyhani
_____
            Darius Keyhani

*Attorneys for Plaintiff*
*COA Networks, Inc.*