Robert A. Sacks (State Bar No. 150146)
sacksr@sullcrom.com
Brian R. England (State Bar No. 211335)
englandb@sullcrom.com
Edward E. Johnson (State Bar No. 241065)
johnsonee@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

*Attorneys for Defendant j2 Global Communications, Inc.*

Dariush Keyhani
dkeyhani@meredithkeyhani.com
Meredith & Keyhani, PLLC
205 Main Street
East Aurora, NY 14052
(716) 898-8942
(716) 299-2499 facsimile

*Attorneys for Plaintiff COA Network, Inc.*

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COA NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> J2 GLOBAL COMMUNICATIONS, INC., <br><br> Defendant. <br> _____ <br><br> AND RELATED CROSS-ACTION | Case No. 2:10-cv-05010 DDP (AJWx) <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

1 **<u>ORDER</u>**

2 GOOD CAUSE APPEARING, THE COURT ORDERS AS

3 FOLLOWS:

4 This action, including the Complaint and Counterclaims and all causes

5 of action therein, is hereby dismissed without prejudice pursuant to stipulation of

6 the parties and Federal Rule of Civil Procedure 41(a)(1).  Each party will bear its

7 own attorneys' fees and costs.

9 IT IS HEREBY ORDERED.

11 Dated: January 24, 2012 _____
HON. DEAN D. PREGERSON
12 UNITED STATES DISTRICT JUDGE